IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv16

| | |
|---|---|
| SYNOVUS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PISGAH PROPERTY ) | |
| SOLUTIONS, L.L.C., and ) | |
| KENNETH PORTER-SHIRLEY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Clerk made an entry of default against the Defendants Pisgah Property Solutions, L.L.C. and Kenneth Porter-Shirley on April 5, 2011. To date, however, the Plaintiff has not sought a judgment of default against either Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall file an appropriate motion or take other further action with respect to this matter no later than **July 5, 2011**.

**IT IS SO ORDERED.**

Signed: June 10, 2011

Martin Reidinger
United States District Judge